979 A.2d 1292

IN THE MATTER OF PIETER J. DEJONG,
AN ATTORNEY AT LAW.

September 30, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–100, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **PIETER J. DeJONG** of **LONG VALLEY**, who was admitted to the bar of this State in 1972, and who has been temporarily suspended from the practice of law since March 10, 2009, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of escrow funds), *RPC* 1.15(d) (recordkeeping violations), *RPC* 8.1(b) (failure to cooperate with ethics authorities), *RPC* 8.4(c) (conduct involving fraud, dishonesty, deceit, or misrepresentation), and the principles of *In re Hollendonner*, 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **PIETER J. DeJONG** having failed to appear on the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **PIETER J. DeJONG** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **PIETER J. DeJONG** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.